THE PEOPLE ex rel. ALEXANDER SHALER, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 6, 1889, which dismissed a writ of certiorari brought to review proceedings of the mayor, by which the relator was removed from the office of president of the board of health, and affirming such proceedings.

*Samuel B. Clarke* for appellant.

*David J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.